UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KINGBIRD VENTURES, LLC, | Case No.: 2:25-cv-01584-APG-MDC |
| Plaintiff | **Order Setting Briefing Schedule and Hearing** |
| v. | |
| SEAN DOLLINGER, et al., | |
| Defendants | |

Kingbird Ventures, LLC brought this action in state court against numerous defendants alleging that defendant LQR House, Inc. is being used by its chief executive officer, Sean Dollinger, as a vehicle to raise funds in public capital markets and then funneling that money to entities owned by Dollinger and his "favored affiliates" through sham transactions. ECF No. 1-1 at 3.  Kingbird is a stockholder in LQR and brings this action to appoint a receiver over the company, among other requested relief.

Prior to the case being removed to this court, Kingbird had moved for the emergency appointment of a receiver over LQR. ECF No. 9-2.  The state court held a hearing on August 18, 2025, at which it indicated that it was "leaning toward granting a receiver," and that it had "concerns about . . . further issuance of shares . . . ." ECF No. 9-5 at 10.  At the end of the hearing, the court indicated that it wanted to consider additional information, ordered supplemental briefs, and set a further hearing on the motion to appoint a receiver for August 27. *Id.* at 39, 41.  The plaintiff timely filed its supplemental brief on August 20. *Id.* at 40; ECF No. 9-6.  The defendants' supplemental brief was due August 25. ECF No. 9-5 at 40.  The defendants did not file a supplemental brief.  Instead, defendant South Doll Limited Partnership, which

Kingbird asserts is owned by Dollinger, removed the case to this court. ECF Nos. 1; 9-2 at 19-20.

Kingbird moves to remand on an emergency basis, arguing that I lack subject matter jurisdiction over the case and that South Doll's removal was a procedural delay tactic designed to avoid the state court's imminent appointment of a receiver. ECF No. 8. The parties conferred and attempted to reach a resolution on temporarily staying any further LQR stock issuances and dissipation of assets, but they could not come to an agreement. *See* ECF Nos. 9-1 at 3-4; 10 at 2. The defendants have indicated they will oppose remand. ECF No. 10.

A "federal court always has jurisdiction to determine its own jurisdiction." *United States v. Ruiz*, 536 U.S. 622, 628 (2002). Additionally, I have the power to issue orders to maintain the status quo while I make that determination. *See United States v. United Mine Workers of Am.*, 330 U.S. 258, 293 (1947) ("In the case before us, the District Court had the power to preserve existing conditions while it was determining its own authority to grant injunctive relief.").

I am setting a hearing on Kingbird's emergency motion for remand. The defendants agreed to "suspend any additional share issuances pending the outcome of" the emergency motion to remand. ECF No. 10 at 2. Thus, I order defendant LQR House, Inc., including its officers, directors, and any other individual with authority to bind or act on behalf of LQR House, Inc., not to cause LQR House, Inc. to issue, buyback, cancel, or otherwise deal in LQR stock, whether common, preferred, or otherwise denominated, or in any other way alter the capital structure of LQR House, Inc. pending further order of the court.

I THEREFORE ORDER that the defendants' response to the plaintiff's emergency motion to remand (ECF No. 8) is due by 12:00 p.m. (noon) PDT on Tuesday, September 2, 2025.

I FURTHER ORDER that the plaintiff's reply is due by 5:00 p.m. PDT on Wednesday, September 3, 2025.

I FURTHER ORDER that the motion to remand is set for hearing on **Friday, September 5, 2025, at 1:30 p.m. PDT** in Las Vegas Courtroom 6C. No witness testimony will be taken at that hearing. Each side is limited to 15 minutes of argument.

I FURTHER ORDER that Defendant LQR House, Inc., including its officers, directors, and any other individual with authority to bind or act on behalf of LQR House, Inc., will not cause LQR House, Inc. to issue, buyback, cancel, or otherwise deal in LQR stock, whether common, preferred, or otherwise denominated, or in any other way alter the capital structure of LQR House, Inc. pending further order of the court.

DATED this 28th day of August, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE