**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

KINGBIRD VENTURES, LLC

        Plaintiff(s),

  vs.

SEAN DOLLINGER, ET AL.

        Defendant(s).

Case #2:25-cv-01584-APG-MDC

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

          Darrell Cafasso        , Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Orrick, Herrington & Sutcliffe LLP
(firm name)

with offices at     51 West 52nd Street    ,
(street address)

    New York    ,     New York    ,     10019-6142    ,
(city)         (state)         (zip code)

    212.506.5000    ,     dcafasso@orrick.com    .
(area code + telephone number)     (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

    LQR House, Inc. and Sean Dollinger     to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

1    3.    That since  05/30/2003  , Petitioner has been and presently is a
                              (date)
2    member in good standing of the bar of the highest Court of the State of   New York  
                                                                                      (state)
3    where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

4    from the clerk of the supreme court or highest admitting court of each state, territory, or insular

5    possession of the United States in which the applicant has been admitted to practice law certifying

6    the applicant's membership therein is in good standing.

7    4.    That Petitioner was admitted to practice before the following United States District

8    Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

9    of other States on the dates indicated for each, and that Petitioner is presently a member in good

10   standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State of New Jersey | 07/07/2003 | 032942002 |
| U.S. Court of Appeals, Second Circuit | 03/18/2011 | |
| U.S. Court of Appeals, Third Circuit | 11/07/2005 | |
| U.S. District Court, Southern District of New York | 05/17/2007 | |
| U.S. District Court, Eastern District of New York | 04/26/2007 | |
| U.S. District Court, District of New Jersey | 04/01/2010 | DC8692 |
| U.S. District Court, Eastern District of Michigan | 01/23/2017 | |

19
20   5.    That there are or have been no disciplinary proceedings instituted against petitioner,
21   nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
22   or administrative body, or any resignation or termination in order to avoid disciplinary or
23   disbarment proceedings, except as described in detail below:

None

28                                              2                                        Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> None

7. That Petitioner is a member of good standing in the following Bar Associations.

> None

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____New York____ )
COUNTY OF ____New York____ )

____Darrell Cafasso____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

2nd day of September, 2025.

_____
Notary Public or Clerk of Court

CARMEN EMILIA ORTIZ
Notary Public, State of New York
No. 01OR6008573
Qualified in New York County
Certificate Filed in New York County
Commission Expires June 15, 2026

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____M. Magali Mercera____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____400 South 7th Street, Suite 300____,
(street address)

____Las Vegas____, ____Nevada____, ____89101____,
(city)           (state)          (zip code)

____702.214.2100____, ____MMM@pisanellibice.com____.
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____M. Magali Mercera_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*Sean Dollinger*
(party's signature)

Sean Dollinger
(type or print party name, title)

*Sean Dollinger*
(party's signature)

LQR House, Inc.
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*Mercera*
Designated Resident Nevada Counsel's signature

11742                   MMM@pisanellibice.com
Bar number              Email address

APPROVED:

Dated: this __4th__ day of __September__, 20__25__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16