# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KINGBIRD VENTURES, LLC, | Case No.: 2:25-cv-01584-APG-MDC |
| Plaintiff | **Order Remanding Case** |
| v. | |
| SEAN DOLLINGER, et al., | |
| Defendants | |

For the reasons discussed at the September 5, 2025 hearing,

I ORDER that this case is remanded to the state court from which it was removed for all further proceedings. The clerk of the court is instructed to close this case.

DATED this 5th day of September, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE